**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1953

HAROLD BLICK,

        Plaintiff - Appellant,

    v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for Long
Beach Mortgage Loan Trust 2005-WL3,

        Defendant - Appellee,

    and

JASON CAMERON HICKS, Esquire (VSB 46961); WOMBLE, CARLYLE,
SANDRIDGE AND RICE, PLLC,

        Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.  Norman K. Moon,
Senior District Judge.  (3:14-cv-00022-NKM)

Submitted:  January 30, 2015      Decided:  February 4, 2015

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harold Blick, Appellant Pro Se.  William Dean Ledoux, Jr.,
ECKERT SEAMANS CHERIN & MELLOTT, LLC, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Blick appeals the district court's order granting summary judgment for Defendant on the basis of res judicata. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Blick v. Deutsche Bank Nat'l Trust Co., No. 3:14-cv-00022-NKM (W.D. Va. Aug. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED